# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W,

             Petitioners

        v.

JOSEPH R. VIOLA, ESQUIRE, ADMINISTRATOR OF THE ESTATE OF LOUIS MENAPACE, IV, DECEASED,

             Respondent

\----------------------------------------------------------

ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W

        v.

LOUIS MENAPACE, IV, LOUIS MENAPACE AND CAROL MENAPACE

ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W

        v.

JOSEPH R. VIOLA, ESQUIRE, ADMINISTRATOR OF THE ESTATE OF LOUIS MENAPACE, IV, DECEASED --------- ---------------------------------------------------------- ------------------------------- ABRAHAM WOIDISLAWSKY AND RITA WOIDISLAWSKY, H/W,

             Petitioners

---

No. 508 EAL 2020

Petition for Allowance of Appeal from the Order of the Superior Court

No. 509 EAL 2020

Petition for Allowance of Appeal from the Order of the Superior Court

                                                      :
                                                      :
                                                      :
                                                      :
              v.                                      :
                                                      :
                                                      :
                                                      :
LOUIS MENAPACE, IV, LOUIS                             :
MENAPACE, AND CAROL MENAPACE,                         :
                                                      :
         Respondents                                  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.